UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                              Chapter 13
                                    Case No.: 18-17605-AJC

**TANIA RAPPORT**,

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 20th day of July, 2018.**

                                                   Respectfully submitted,

                                                   **GHIDOTTI | BERGER, LLP**
                                                   *Attorneys for Secured Creditor*
                                                   3050 Biscayne Blvd. - Suite 402
                                                   Miami, Florida 33137
                                                   Telephone: (305) 501.2808
                                                   Facsimile: (954) 780.5578

                                                   By:    /s/ Chase A. Berger
                                                          Chase A. Berger, Esq.
                                                          Florida Bar No. 083794
                                                          cberger@ghidottiberger.com

<i>Case No.:18-17605-AJC</i>

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:    /s/ Chase A. Berger
        Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* <br> **Tania Rapport** <br> 8740 S.W. 186th Street <br> Miami, FL 33157 | *Debtor's Counsel* <br> **Paul N. Contessa, Esq** <br> 15321 S. Dixie Highway - #207 <br> Miami, FL 33157 |
| *Trustee* <br> **Nancy K. Neidich** <br> P.O. Box 279806 <br> Miramar, FL 33027 | *U.S. Trustee* <br> **Office of the US Trustee** <br> 51 S.W. 1st Avenue - Suite 1204 <br> Miami, FL 33130 |

By:    /s/ Chase A. Berger
        Chase A. Berger, Esq.