UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                             Chapter 13
                               Case No.: 18-17605-AJC

**TANIA RAPPORT**,

    Debtor.
_____/

## OBJECTION TO CONFIRMATION OF
## DEBTOR'S PROPOSED CHAPTER 13 PLAN

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST** ("BSI Financial Services" or "Secured Creditor"), objects to confirmation of the Debtor's proposed Chapter 13 Plan and states:

1. On June 26, 2018, the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2. On July 27, 2018, the Debtor filed its proposed Chapter 13 Plan [D.E. 16] (the "Plan").

3. On August 8, 2018, Secured Creditor timely filed its secured proof of claim [Claim 1-1] in the total secured claim amount of $473,208.98 with pre-petition arrearage amount of $69,711.54 and denoting the current on-going mortgage payment amount of $2,890.32.

4. Secured Creditor is the owner and holder of that certain promissory note and that certain mortgage recorded on May 12, 2005, as CFN 2005R0482340 in OR Book 23362, Pages 2512 – 2528 of the Official Records of Miami-Dade County, Florida, with regards to the property commonly described as *8740 S.W. 186th Street, Miami, FL 33157* (the "Property").

5. The Debtor's Plan denotes an intention to retain and maintain the subject Property by making on-going mortgage payments through the Plan in the amount of $2,400.00 for the months 1 through 60 as well as provide for payments to cure the outstanding arrearages in the total amount of $28,800.00 payable in payments of $13.33 for months 1 through 4 and $513.33 for months 5 through 60.

6. Secured Creditor asserts that the Debtor's Plan does not accurately reflect the current on-going monthly payments nor the current outstanding pre-petition arrearage due Secured Creditor.

7. Secured Creditor asserts that the current on-going monthly payment amount is more accurately stated as $2,890.32 and the current outstanding pre-petition arrearage amount due is more accurately stated as $69,711.54. Furthermore, BSI Financial Services objects to the adequate protection payment amount proposed because it is less than contractual monthly payment.

8. Secured Creditor objects to any proposed Plan that proposes to pay Secured Creditor anything less than the current monthly mortgage payment in the amount of $2,890.32 as well as any amount less than the current pre-petition arrearage amount of $69,711.54 payable in equal monthly payments to cure said arrearages.

9. As such, the proposed Plan is not in compliance with the requirement of 11 U.S.C. § 1322 (b)(3) and § 1325 (a)(5) and cannot be confirmed.

10. Debtor's plan should also account for future tax and insurance obligations.

11. Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtor's proposed Chapter 13 plan, and for any such other relief that the Court deems just and proper.

**Dated this 8th day of August, 2018.**

        Respectfully submitted,

        **GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: /s/ Chase A. Berger
    Chase A. Berger, Esq.
    Florida Bar No. 083794
    cberger@ghidottiberger.com

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
    Chase A. Berger, Esq.

*Case No.: 18-17605-AJC*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* | *Debtor's Counsel* |
| **Tania Rapport** | **Paul N. Contessa, Esq** |
| 8740 S.W. 186th Street | 15321 S. Dixie Highway - #207 |
| Miami, FL 33157 | Miami, FL 33157 |
| | |
| *Trustee* | *U.S. Trustee* |
| **Nancy K. Neidich** | **Office of the US Trustee** |
| P.O. Box 279806 | 51 S.W. 1st Avenue - Suite 1204 |
| Miramar, FL 33027 | Miami, FL 33130 |

By:     /s/ Chase A. Berger
        Chase A. Berger, Esq.